# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

M.H. and J.H.,
on behalf of their minor child C.H.,

        Plaintiffs,

v.

OMEGLE.COM, LLC,

        Defendant.

Case No. 8:21–cv–814–VMC–TGW

**NOTICE OF APPEAL**

Notice is hereby given that the Plaintiffs in the above–named case, M.H. and J.H. on behalf of their minor child C.H., by and through counsel, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order of this Court entered in this action on January 10, 2022 (Document 90).

Dated this 28th day of January 2022.

**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**

by      /s/ Hillary Nappi
Frank R. Schirripa, Esq. *Pro Hac Vice*
Hillary M. Nappi, Esq. *Pro Hac Vice*
112 Madison Avenue, 10th Floor
New York, New York 10016
Phone: 212–213–8311
Email: hnappi@hrsclaw.com

**MARSH LAW FIRM PLLC**

by      /s/ Jennifer Freeman
Jennifer Freeman, Esq.,
Florida Attorney Registration No. 1014236
31 Hudson Yards, 11th Floor
New York, New York 10001
Phone: 212–372–3030
Email: JenniferFreeman@marsh.law

by      /s/ Margaret E. Mabie
Margaret E. Mabie, Esq. *Pro Hac Vice*
31 Hudson Yards, 11th Floor
New York, New York 10001
Phone: 212–372–3030
Email: MargaretMabie@marsh.law

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2022, I caused a copy of Plaintiffs' Notice of Appeal to be served upon counsel of record for the Defendant *via* email and the Court's ECF system.

/s/ Margaret E. Mabie

2