| | |
|---|---|
| 02/09/2022 | FEE PAID. Appeal fee, Receipt No. AFLMDC-19219274 for $505 paid Notice for appeal to the Eleventh Circuit Court of Appeals. (Freeman, Jennifer) (Entered: 02/09/2022) |