## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

April 18, 2022

James R. Marsh
Marsh Law Firm, PLLC
31 HUDSON YARDS FL 11
NEW YORK, NY 10001

Appeal Number: 22-10338-AA
Case Style: M.H., et al v. Omegle.com LLC
District Court Docket No: 8:21-cv-00814-VMC-TGW

Based upon the responses of the parties, it appears that this court has jurisdiction to consider this appeal. A final determination regarding jurisdiction will be made by the panel to whom this appeal is submitted on the merits.

Appellee's brief is due **30** days from the date of this letter.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: T. L. Searcy, AA
Phone #: (404) 335-6180

JUR-3 Ntc of prob juris