# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

| | | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office **NO LATER THAN 8:30 A.M.** on the day of the hearing<br><br>Clerk's Office<br>Frank M. Johnson, Jr. United States Courthouse<br>**15 Lee Street entrance**<br>Montgomery, Alabama 36104<br>334-954-3790 | HEARING LOCATION<br><br>Courtroom 405<br>Frank M. Johnson, Jr. United States Courthouse<br>One Church Street **(entrance at 15 Lee Street)**<br>MONTGOMERY, ALABAMA<br><br>COURT CONVENES AT 9:00 A.M. (Central Time)<br>(unless otherwise shown) | DAVID J. SMITH<br>Clerk of Court<br>United States Court of Appeals<br>for the Eleventh Circuit<br>(404) 335-6100 |

_____

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side. Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge. Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates:

### TUESDAY, NOVEMBER 15, 2022

| | |
|---|---|
| 21-14181 | United States v. Robert Kennedy, Appellant |
| 22-10793 | Wayne Lee, Appellant v. United States |
| 21-13879 | Gary Walters, Appellant v. Fast AC, LLC, et al. |
| 21-12402 | Mehedi Hasan-Nayem, Petitioner v. U.S. Attorney General |

### WEDNESDAY, NOVEMBER 16, 2022

| | |
|---|---|
| 21-13136 | United States v. Tia Pugh, Appellant |
| 21-12493 | Cherri Walker, Appellant v. Life Insurance Company of North America |
| 21-14454 | Kenneth Bailey, Appellant v. Shawn Swindell |
| 21-13994 | Jessica Rogers v. Sheriff of Santa Rosa County Florida, Appellant |

### THURSDAY, NOVEMBER 17, 2022

| | |
|---|---|
| 21-12420 | United States v. Keith Penn, Appellant |
| 21-12291 | United States v. Hannibal Moore, Appellant |
| 22-10338 | M.H., et al., Appellants v. Omegle.com LLC |
| 21-13999 | Lionel Alford, et al., Appellants v. Walton County |

### FRIDAY, NOVEMBER 18, 2022

| | |
|---|---|
| 21-12609 | United States v. Christopher Miles, Appellant |
| 22-11707 | Paul Eknes-Tucker, et al. v. Governor of the State of Alabama, et al., Appellants |
| 21-11736 | SE Property Holdings, LLC, Appellant v. Neverve LLC |
| 21-11700 | Donna Chisesi v. Matthew Hunady, et al., Appellants |

ATLANTA, GEORGIA
09/21/22 - #3

**COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT**