# MARSH
## law firm pllc

31 Hudson Yards, 11th Floor
New York, New York 10001-2170
212–372–3030 • jamesmarsh@marsh.law

January 6, 2023

David J. Smith
Clerk of Court
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street N.W.
Atlanta, Georgia 30303

Re: *M.H., et. al. v. Omegle.com LLC,* 22–10338
    **Appellants' Supplemental Authority under Fed. R. App. P. 28(j)**

Dear Mr. Smith,

Appellants respectfully submit the following newly available law review article entitled *§230 of the Communications Decency Act: Regarding Child Sexual Abuse Material – The Experiment is Done and it Failed* by Professor Mary Graw Leary in support of the argument advanced at page 16 of their brief that Congress never intended Section 230 to limit liability for activities related to child pornography.

In their brief, Appellants argue that "Congress never intended to exempt an entire virtual child sex abuse industry from liability under Masha's Law and no such exemption is explicit or implicit in the statute" and that "the 'self–regulation' relied upon 16 years ago in *Doe v. Bates* has utterly and completely failed." p. 19.

In her law review article, Professor Leary explains "the history of §230, its connection to child protection, and corrects the artificial reframing of §230 as legislation focused only on an unregulated Internet. It examines the child protective landscape from which it emerged and the promises its proponents made regarding protection. It then compares those intentions and promises to the present-day climate regarding child exploitation on the Internet, specifically focusing on the problem of Child Sexual Abuse Material (CSAM) – also known as child pornography in the United States." pp. 5–6.

Although the article is an accepted paper in pre-publication and marked "Draft – Not for Circulation," Professor Leary has consented to its submission to the Court in this case.

Thank you for your consideration.

Sincerely,

James R. Marsh

Attachment