# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

---

Appeal No. 22-10338-AA
D.C. Case No. 8:21-cv-00814-VMC-TGW

---

M.H., et al.,

Appellants,

v.

OMEGLE.COM LLC,

Appellee.

---

## ATTORNEY KIMBERLEE GUNNING'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR APPELLEE OMEGLE.COM LLC

---

FOCAL PLLC
Attorneys for Appellee Omegle.com LLC

By:  s/ *Kimberlee Gunning*
    Stacia N. Lay, *Pro Hac Vice*
    Venkat Balasubramani, *Pro Hac Vice*
    Kimberlee Gunning, *Pro Hac Vice*
    900 1st Avenue S., Suite 201
    Seattle, Washington 98134
    Telephone: (206) 529-4827
    stacia@focallaw.com
    venkat@focallaw.com
    kim@focallaw.com

THOMAS & LoCICERO PL
Attorneys for Appellee Omegle.com LLC

By:  s/ *James J. McGuire*
    James J. McGuire (FBN 187798)
    601 South Boulevard
    Tampa, Florida 33606
    Telephone: (813) 984-3060
    jmcguire@tlolawfirm.com

    Daniela B. Abratt (FBN 118053)
    915 Middle River Dr., Suite 309
    Fort Lauderdale, Florida 33304
    Telephone: (954) 703-3416
    dabratt@tlolawfirm.com

Appeal No. 22-10338-AA
*M.H., et al. v. Omegle.com LLC*

## OMEGLE.COM LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellee Omegle.com LLC, by and through undersigned counsel, pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rules 26.1-1, 26.1-2, and 26.1-3, hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement.

In alphabetical order, following are all trial judges, attorneys, persons, association of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of Omegle.com LLC's stock, and other identifiable legal entities related to a party:

Abratt, Daniela, Esq. – Attorney for Appellee

American Civil Liberties Union – Amicus

American Civil Liberties Union of Florida - Amicus

Austermuehle, Elizabeth – Attorney for Amici

Balasubramani, Venkat, Esq. – Attorney for Appellee

C.H. – Appellant (minor child)

Center for Democracy and Technology – Amicus

Center for LGBTQ Economic Advancement and Research – Amicus

Appeal No. 22-10338-AA
*M.H., et al. v. Omegle.com LLC*

Chamber of Progress - Amicus

Child USA - Amicus

Covington, Virginia M. Hernandez, the Honorable – U.S. District Court Judge

Eidelman, Vera – Attorney for Amici

Engine Advocacy – Amicus

Floor64, Inc. d/b/a The Copia Institute - Amicus

Focal PLLC – Attorneys for Appellee

Free Speech Coalition – Amicus

Freeman, Jennifer, Esq. – Attorney for Appellants

Gellis, Catherine – Attorney for Amicus

Gentala, Peter A. – Attorney for Amici

Gunning, Kimberlee, Esq. – Attorney for Appellee

Haba, Lisa D. – Attorney for Amici

Hach Rose Schirripa & Cheverie, LLP – Attorneys for Appellants

Hamilton, Marci – Attorney for Amici

Hepburn, Carol - Amicus

International Association of Human Trafficking Investigators - Amicus

J.H. – Appellant (parent of minor child C.H.)

Jayaram Law, Inc. – Attorneys for Amici

Jayaram, Vivek – Attorney for Amici

Appeal No. 22-10338-AA
*M.H., et al. v. Omegle.com LLC*

John and Jane Does 1-4 - Amici

Justice Restoration Center – Amicus

Kupfer, Avi M. – Attorney for Amici

Lay, Stacia N., Esq. – Attorney for Appellee

Liberty, Micha Star - Amicus

Mabie, Margaret E., Esq. – Attorney for Appellants

Marsh, James R., Esq. – Attorney for Appellants

Marsh Law Firm, PLLC – Attorneys for Appellants

Mayer Brown LLP – Attorney for Amici

McGuire, James J., Esq. – Attorney for Appellee

McNulty, Kevin, the Honorable – U.S. District Court Judge

M.H. – Appellant (parent of minor child C.H.)

Nappi, Hillary, Esq. – Attorney for Appellants

National Center on Sexual Exploitation Law Center – Attorney for Amici

Omegle.com LLC – Appellee

Paving the Way Foundation – Amicus

Pincus, Andrew J. – Attorney for Amici

Prusinowski, James T., Esq. – Attorney for Appellee (former)

RAINN (Rape, Abuse and Incest National Network) – Amicus

Reframe Health and Justice - Amicus

Appeal No. 22-10338-AA
*M.H., et al. v. Omegle.com LLC*

Schidlow, Jessica – Attorney for Amici

Schirripa, Frank R., Esq. – Attorney for Appellants

The Haba Law Firm, P.A. – Attorneys for Amici

The National Center on Sexual Exploitation – Amicus

The Sex Workers Project of The Urban Justice Center - Amicus

Thomas & LoCicero, PL – Attorneys for Appellee

Trimboli & Prusinowski – Attorneys for Appellee (former)

United Abolitionists - Amicus

Wilson, Thomas G., the Honorable – U.S. Magistrate Judge

**FRAP 26.1 Certification**:  Appellee Omegle.com LLC certifies that it has no

parent corporation and no publicly held corporation owns 10% or more of

Appellee's stock.

Appeal No. 22-10338-AA
*M.H., et al. v. Omegle.com LLC*

Pursuant to Circuit Rule 27-1, Attorney Kimberlee Gunning ("Gunning") of Focal PLLC files this Motion to Withdraw as Counsel for Appellee Omegle.com LLC ("Omegle") and in support thereof, states as follows:

1.      Attorney Gunning was admitted pro hac vice into this Circuit on February 10, 2022.

2.      The law firm of Thomas & LoCicero PL and its attorneys James J. McGuire and Daniela B. Abratt will continue to represent Omegle in this matter, as will the law firm of Focal PLLC and its attorneys Stacia N. Lay (admitted pro hac vice) and Venkat Balasubramani (admitted pro hac vice).

3.      No party will be prejudiced by this withdrawal. Omegle has been informed of Gunning's intent to withdraw as counsel in this action and consents to the withdrawal. Plaintiffs' counsel has been advised of Gunning's intention to file this motion to withdraw as counsel and does not object to it.

WHEREFORE, Kimberlee Gunning respectfully requests entry of an order granting this motion to withdraw as counsel of record in this case, permitting her to withdraw as counsel, removing her from receiving the Court's electronic notification (CM/ECF), and directing the Clerk to serve all future orders and pleadings on Omegle's remaining counsel of record.

//

//

1

Appeal No. 22-10338-AA
*M.H., et al. v. Omegle.com LLC*

Dated: January 19, 2023

FOCAL PLLC

By:  s/ *Stacia N. Lay*
     s/ *Venkat Balasubramani*
     s/ *Kimberlee Gunning*
     Stacia N. Lay, *Pro Hac Vice*
     Venkat Balasubramani, *Pro Hac Vice*
     Kimberlee Gunning, *Pro Hac Vice*
     900 1st Avenue S., Suite 201
     Seattle, Washington 98134
     Telephone: (206) 529-4827
     stacia@focallaw.com
     venkat@focallaw.com
     kim@focallaw.com

Attorneys for Appellee Omegle.com LLC

Respectfully submitted,

THOMAS & LoCICERO PL

By:  s/ *James J. McGuire*
     James J. McGuire (FBN 187798)
     601 South Boulevard
     Tampa, Florida 33606
     Telephone: (813) 984-3060
     jmcguire@tlolawfirm.com

By:  s/ *Daniela B. Abratt*
     Daniela B. Abratt (FBN 118053)
     915 Middle River Dr., Suite 309
     Fort Lauderdale, Florida 33304
     Telephone: (954) 703-3416
     dabratt@tlolawfirm.com

Appeal No. 22-10338-AA
*M.H., et al. v. Omegle.com LLC*

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

This motion complies with the type-volume limit of FED. R. APP.

P. 27(d)(2)(A) because, excluding the parts of the brief excluded by FED. R. APP.

P. 32(f), it contains 201 words.

This motion complies with the typeface requirements of FED. R. APP.

P. 32(a)(5) and the type-style requirements of FED. R. APP. P. 32(a)(6) because it

has been prepared in a proportionally spaced typeface using Microsoft Word in 14-

point, Times New Roman font.

Dated: January 19, 2023          Respectfully submitted,

                                 By: s/ *Kimberlee Gunning*
                                     Stacia N. Lay, *Pro Hac Vice*
                                     Venkat Balasubramani, *Pro Hac Vice*
                                     Kimberlee Gunning, *Pro Hac Vice*
                                     FOCAL PLLC
                                     900 1st Avenue S., Suite 201
                                     Seattle, Washington 98134
                                     Telephone: (206) 529-4827
                                     stacia@focallaw.com
                                     venkat@focallaw.com
                                     kim@focallaw.com

                                     Attorneys for Appellee Omegle.com LLC

Appeal No. 22-10338-AA
*M.H., et al. v. Omegle.com LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2023, I electronically filed the foregoing

with the Clerk of the Court for the United States Court of Appeals for the Eleventh

Circuit using the CM/ECF system. I certify that all participants in this case are

registered CM/ECF users and that service will be accomplished by the CM/ECF

system.

Dated: January 19, 2023          Respectfully submitted,

By: s/ *Kimberlee Gunning*
 Stacia N. Lay, *Pro Hac Vice*
 Venkat Balasubramani, *Pro Hac Vice*
 Kimberlee Gunning, *Pro Hac Vice*
 FOCAL PLLC
 900 1st Avenue S., Suite 201
 Seattle, Washington 98134
 Telephone: (206) 529-4827
 stacia@focallaw.com
 venkat@focallaw.com
 kim@focallaw.com

 Attorneys for Appellee Omegle.com LLC

4