IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 22-10338-AA

---

M.H.,
J.H.,
On behalf of their minor child, C.H.,

               Plaintiffs - Appellants,

versus

OMEGLE.COM LLC,

               Defendant - Appellee.

---

Appeal from the United States District Court
for the Middle District of Florida

---

ORDER:

 Attorney Kimberlee Gunning's motion to withdraw as counsel for appellee Omegle.com LLC is GRANTED.

              DAVID J. SMITH
          Clerk of the United States Court of
           Appeals for the Eleventh Circuit

       ENTERED FOR THE COURT - BY DIRECTION