IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

Appeal No. 22-10338
D.C. Case No. 8:21-cv-00814-VMC-TGW

---

M.H., et al.,

Appellants,

v.

OMEGLE.COM LLC,

Appellee.

---

OMEGLE.COM LLC'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

---

FOCAL PLLC
Attorneys for Appellee Omegle.com LLC

By: s/ *Stacia N. Lay*
    Stacia N. Lay, *Pro Hac Vice*
    Venkat Balasubramani, *Pro Hac Vice*
    900 1st Avenue S., Suite 201
    Seattle, Washington 98134
    Telephone: (206) 529-4827
    stacia@focallaw.com
    venkat@focallaw.com

THOMAS & LoCICERO PL
Attorneys for Appellee Omegle.com LLC

By: s/ *James J. McGuire*
    James J. McGuire (FBN 187798)
    601 South Boulevard
    Tampa, Florida 33606
    Telephone: (813) 984-3060
    jmcguire@tlolawfirm.com

    Daniela B. Abratt (FBN 118053)
    915 Middle River Dr., Suite 309
    Fort Lauderdale, Florida 33304
    Telephone: (954) 703-3416
    dabratt@tlolawfirm.com

Appeal No. 22-10338
*M.H., et al. v. Omegle.com LLC*

Appellee Omegle.com LLC, by and through undersigned counsel, pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rules 26.1-1, 26.1-2, and 26.1-3, hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement.

In alphabetical order, following are all trial judges, attorneys, persons, association of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of Omegle.com LLC's stock, and other identifiable legal entities related to a party:

Abratt, Daniela, Esq. – Attorney for Appellee

Balasubramani, Venkat, Esq. – Attorney for Appellee

C.H. – Appellant (minor child)

Covington, Virginia M. Hernandez, the Honorable – U.S. District Court Judge

Focal PLLC – Attorneys for Appellee

Freeman, Jennifer, Esq. – Attorney for Appellants

Gunning, Kimberlee, Esq. – Attorney for Appellee (former)

Hach Rose Schirripa & Cheverie, LLP – Attorneys for Appellants

J.H. – Appellant (parent of minor child C.H.)

Lay, Stacia N., Esq. – Attorney for Appellee

Appeal No. 22-10338
*M.H., et al. v. Omegle.com LLC*

Mabie, Margaret E., Esq. – Attorney for Appellants

Marsh, James R., Esq. – Attorney for Appellants

Marsh Law Firm, PLLC – Attorneys for Appellants

McGuire, James J., Esq. – Attorney for Appellee

McNulty, Kevin, the Honorable – U.S. District Court Judge

M.H. – Appellant (parent of minor child C.H.)

Nappi, Hillary, Esq. – Attorney for Appellants

Omegle.com LLC – Appellee

Prusinowski, James T., Esq. – Attorney for Appellee (former)

Schirripa, Frank R., Esq. – Attorney for Appellants

Thomas & LoCicero, PL – Attorneys for Appellee

Trimboli & Prusinowski – Attorneys for Appellee (former)

Wilson, Thomas G., the Honorable – U.S. Magistrate Judge

**FRAP 26.1 Certification**:  Appellee Omegle.com LLC certifies that it has no

parent corporation and no publicly held corporation owns 10% or more of

Appellee's stock.

Dated: October 18, 2023

FOCAL PLLC                               THOMAS & LoCICERO PL

By:  s/ *Stacia N. Lay*_____          By:  s/ *James J. McGuire*_____
    Stacia N. Lay, *Pro Hac Vice*              James J. McGuire (FBN 187798)
    Venkat Balasubramani, *Pro Hac Vice*       601 South Boulevard

Appeal No. 22-10338
*M.H., et al. v. Omegle.com LLC*

900 1st Avenue S., Suite 201
Seattle, Washington 98134
Telephone: (206) 529-4827
stacia@focallaw.com
venkat@focallaw.com

Tampa, Florida 33606
Telephone: (813) 984-3060
jmcguire@tlolawfirm.com

Daniela B. Abratt (FBN 118053)
915 Middle River Dr., Suite 309
Fort Lauderdale, Florida 33304
Telephone: (954) 703-3416
dabratt@tlolawfirm.com

Attorneys for Appellee Omegle.com LLC